UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CHARLES PICKETT,<br><br>Plaintiff,<br><br>v.<br><br>JULEIGH PIERCE, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-3182-JDP (P)<br><br><br><br>ORDER |

    Plaintiff, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding *in forma pauperis* are not required to pay the $55.00 administrative fee.

1

1  result in a recommendation that this action be dismissed; and

2      2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

IT IS SO ORDERED.

Dated:   January 6, 2025                /s/ Jeremy Peterson
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE