UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN CHARLES PICKETT,<br><br>Plaintiff,<br><br>v.<br><br>JULEIGH PIERCE, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-3182-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: April 1, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE